IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALPHONZO GREEN, a minor c/o** **ALPHONZO KING** *Plaintiff* | : : : : : : : : : | **CIVIL ACTION** **NO. 14-3685** |
| v. | | |
| **CHESTER UPLAND SCHOOL DIST.,** *et al.* *Defendants* | | |

# O R D E R

**AND NOW,** this 30th day of January 2015, upon consideration of the *motion to dismiss Plaintiff's second amended complaint* filed by Defendant Chester Upland School District pursuant to Federal Rule of Civil Procedure 12(b)(6), [ECF 12], Plaintiff's response in opposition thereto, [ECF 15], Defendant's reply, [ECF 18], Plaintiff's sur-reply, [ECF 19], and the allegations contained in Plaintiff's second amended complaint, [ECF 11], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that the motion to dismiss is **GRANTED**, and all claims against Defendant are **DISMISSED** with prejudice.

BY THE COURT:

/s/ *signature*
NITZA I. QUIÑONES ALEJANDRO, J.